If you're interested in the Hoa Cassidy Study it's available on MySpace at www.houseofcassidy.com� If you're interested in the Hoa Cassidy Study it's available on MySpace at www.houseofcassidy.com So that is the Hoa Cassidy Study.
judges: Clifton, Watford, Melloy